UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRAVIS FORREST, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 3:22-cv-00039 |
| | ) | |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC. | ) | JUDGE TRAUGER |
| | ) | |
| Defendant. | ) | JURY DEMAND |
| | ) | |

## MOTION TO WITHDRAW

Through its counsel of record, Defendant CSX Transportation, Inc. withdraws its Motion for Judgment on the Pleadings (Doc. 48).

Respectfully submitted,

*/s/ Christopher W. Cardwell*
Christopher W. Cardwell
Mary Taylor Gallagher
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994 (Telephone)
(615) 256-6339 (Facsimile)
ccardwell@gsrm.com
mtgallagher@gsrm.com

*Attorneys for Defendant CSX Transportation, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The party or parties served are as follows:

W. Bryan Smith
BRYAN SMITH & ASSOCIATES
119 S. Main Street, Suite 500
Memphis, TN 38103
bryan@bluffcitylawyers.com

Nicholas D. Thompson
CASEY JONES LAW
3520 Cherryvale Avenue, Suite 83
Appleton, Wisconsin 54913
nthompson@caseyjones.law

*Attorneys for Plaintiff*

                                                ***/s/ Christopher W. Cardwell***

4876-6819-9103, v. 1

Case 3:22-cv-00039    Document 56    Filed 05/17/24    Page 2 of 2 PageID #: 373